# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2583

_____

Robert Dinkins

*Plaintiff - Appellant*

v.

State of Missouri; Missouri Department of Corrections

*Defendants - Appellees*

Correctional Medical Services; John Does, Medical Doctors; Phillip Lange;
Morgan Logan

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: March 28, 2017
Filed: March 30, 2017
[Unpublished]

_____

Before GRUENDER, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Robert Dinkins appeals the district court's[1] entry of judgment in favor of defendants following an adverse jury verdict in his civil action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms, and rejects Dinkins's claims as meritless.

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).